AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Alabama

RECEIVED
2025 JUN 26 A 9:56
TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| United States of America | ) |
|---|---|
| v. | ) |
| SEAN EDWARD YOUNG | ) Case No. 3:25mj251-SMD |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **July 2022 through 2024** in the county of **Lee** in the **Middle** District of **Alabama**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(d) and (e) | Conspiracy to Advertise Child Pornography |

This criminal complaint is based on these facts:
Please see attached Affidavit.

Type text here

☑ Continued on the attached sheet.

*David J. Backlund*
Complainant's signature

David Backlund, FBI Special Agent
Printed name and title

Subscribed and sworn to electronically in my presence:

Date: 06/26/2025

*[signature]*
Judge's signature

City and state: Montgomery, AL

Stephen M. Doyle, U.S. Magistrate Judge
Printed name and title

MIDDLE DISTRICT OF ALABAMA

MONTGOMERY, ALABAMA

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

I, David J. Backlund, a Special Agent with the Federal Bureau of Investigation ("FBI") being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent of the FBI since September 2008, and am currently assigned to the FBI's Child Exploitation Operational Unit within the Criminal Investigative Division. As part of my duties as a Special Agent, I am assigned to investigate violations of federal law, including the online exploitation of children. This includes violations pertaining to the illegal trafficking, production, transmission, possession, and receipt of material depicting the sexual exploitation of minors.

2. I am submitting this affidavit in support of a criminal complaint and arrest warrant for SEAN EDWARD YOUNG, year of birth: 1978, social security number: XXX-XX-6698. I submit that there is probable cause to believe that beginning at least in approximately July 2022, and continuing through in or about 2024, in the Middle District Alabama and elsewhere, YOUNG conspired with others to advertise child pornography in violation of 18 U.S.C. §2251(d) and (e). The term "child pornography," as used in this affidavit, refers to the definition set forth in 18 U.S.C. § 2256(8)(A).

3. Title 18 U.S.C. § 2251(d) and (e) prohibit any person from conspiring to knowingly make, print, or publish, or cause to be made, printed or published, any notice or advertisement seeking or offering to receive, exchange, buy, produce, display, distribute, or reproduce, any visual depiction, if the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct, when such person knows or has reason to know that such notice or advertisement will be transported using any means or

1

facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means including by computer, or when such notice or advertisement was transported using any means or facility of interstate or foreign commerce or in or affecting interstate commerce by any means including computer. Here, I submit that there is probable cause that YOUNG violated 18 U.S.C. § 2251(d) and (e) because, as described more fully below, he was an active member and facilitator of a website that was dedicated to the advertisement, distribution, and exchange of child pornography, and on which, in accordance with the rules of the website, he and other users advertised and distributed child pornography via notices and advertisements in the form of URL links and descriptive text.

4. The statements contained in this affidavit are based in part on information provided by FBI Special Agents; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; information gathered from the service of administrative subpoenas; the results of physical and electronic surveillance conducted by law enforcement agents; independent investigation and analysis by FBI agents and computer forensic professionals; and my experience, training and background as a Special Agent with the FBI. Since this affidavit is being submitted for the purpose of securing a Criminal Complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe YOUNG has violated 18 U.S.C. § 2251(d) and (e).

5. The FBI is investigating a website (hereinafter referred to as the "TARGET WEBSITE") that was dedicated to the advertisement, distribution, and exchange of child pornography. It launched in approximately 2019 and ceased operating in approximately September 2024. While it was active, it allowed users to engage in online communications with

other users. The TARGET WEBSITE expressly described itself as a community dedicated to child pornography.

6. Users on the TARGET WEBSITE regularly used the website to advertise and distribute child pornography. Child pornography images and videos were typically trafficked through the TARGET WEBSITE via the posting of web links on the website's forum. These links allowed a user to navigate to another website, such as a file-hosting website where images and/or videos were stored, in order to download the linked-to images and videos. Posts made to the TARGET WEBSITE also frequently contained images that served as a preview of the images and videos available through the links. The site also allowed users to engage in online discussion with other users, either via posts that were openly accessible to any user of the site, or in one-to-one private message chats between two users.

7. A high-ranking staff member of the TARGET WEBSITE resided in Lee County, Alabama, within the Middle District of Alabama, and engaged in acts in furtherance of the conspiracy from the Middle District of Alabama. Specifically, this individual became a member of the website in July 2023 at the latest, repeatedly distributed and advertised child pornography over the website, and served as a moderator for approximately two months until the website ceased operating. During a search warrant executed at his home in Lee County in February 2025, FBI agents seized devices from his home that included child pornography and evidence tying him to the TARGET WEBSITE.

8. The FBI's investigation has further revealed that a user of the TARGET WEBSITE, acting under a particular online alias and referred to here as the "SUBJECT USER," was an active member of the website who posted files on the TARGET WEBSITE, including files depicting the sexual abuse of children.

3

9. In July 2024, the SUBJECT USER's profile on the TARGET WEBSITE indicated that he had been a member of the TARGET WEBSITE for at least two years, and he made more than 900 posts on the website up to that point. The review also showed the SUBJECT USER had attained an elevated rank on the website.

10. The SUBJECT USER made posts to the TARGET WEBSITE that contained links and images and videos and these posts were captured by undercover FBI agents. For example:

   a. In or about July 2024, the SUBJECT USER made a post containing multiple images of different prepubescent girls having their vaginas and/or anuses penetrated by phallic objects that included sex toys and a cucumber. One such image depicts a fully nude, prepubescent girl, estimated to be between the ages of five and seven. The image depicts the girl lying on a bed with her legs spread to expose her naked vagina and anus. She has a phallic object inserted into her anus. The girl has young bodily features as well as no noticeable breast development or pubic hair.

   b. In or about July 2024, the SUBJECT USER made a post containing multiple images of a girl estimated to be between the ages of nine and 12, engaging in vaginal sexual intercourse with an adult man. The girl has very little breast development and no noticeable pubic hair. The SUBJECT USER indicates that the girl is a known victim and that she was abused by a family member over a number of years.

**IDENTIFICATION OF SEAN EDWARD YOUNG AS THE SUBJECT USER**

11. On or about June 26, 2025, the FBI executed a search warrant at SEAN EDWARD YOUNG's residence in Rockville, Maryland, within the District of Maryland. During the execution of the search warrant, after being advised of his rights, YOUNG made the following admissions:

4

    a. He was the SUBJECT USER on the TARGET WEBSITE.

    b. He shared a large amount of child pornography with other users over the TARGET WEBSITE. He stated that he shared a large volume of child pornography in an attempt to become the highest-ranking member of the TARGET WEBSITE.

    c. He claimed to have first joined the TARGET WEBSITE in approximately summer 2023, and he further claimed to have been removed as a user for rule violations shortly before the website ceased operating in 2024.

    d. In addition to the TARGET WEBSITE, he was a member of other websites dedicated to child pornography and child sexual abuse, and he last visited one such website approximately one week before the execution of the search warrant.

    e. He has a collection of child pornography on electronic devices in his home that is organized by geography. He claimed to have collected child pornography in order to share it with other users over the internet.

    f. He identified an external hard drive in his home that he used to store child pornography.

    g. He admitted to historical, hands-on sexual abuse of a child beginning when the child was approximately seven years old.

12. During the execution of the search warrant, FBI agents discovered significant evidence of YOUNG's involvement with child pornography. For example, agents reviewed the encrypted external hard drive that YOUNG identified, and they determined that it contained the following content:

5

a. A video depicting a fully naked prepubescent girl who appears to be approximately four to six years old. In the video, an adult man penetrates the girl's anus with a phallic object and digitally penetrates her vagina.

b. A video depicting a different fully naked prepubescent girl who appears to be approximately six to eight years old, and who appears to be asleep or unconscious. In the video, an adult man manipulates and digitally penetrates the girl's vagina.

c. An image depicting yet another fully naked prepubescent girl who appears to be approximately three to four years old. In the image, an adult man spreads the girl's legs apart to expose her naked vagina and anus to the camera.

## CONCLUSION

For these reasons, your Affiant respectfully submits that there is probable cause to believe that beginning at least in approximately July 2022, and continuing through in or about 2024, SEAN EDWARD YOUNG violated 18 U.S.C. § 2251(d) and (e) in the Middle District Alabama and elsewhere. I therefore respectfully request that the Court authorize a Criminal Complaint and Arrest Warrant for SEAN EDWARD YOUNG.

Respectfully submitted,

*David J. Backlund*
David J. Backlund
Special Agent
Federal Bureau of Investigation

Sworn to and electronically signed before me on this 26th day of June, 2025.

_____
STEPHEN M. DOYLE
UNITED STATES MAGISTRATE JUDGE

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| United States of America | ) |
|---|---|
| v. | ) |
| SEAN EDWARD YOUNG | ) Case No. 3:25mj251-SMD |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     SEAN EDWARD YOUNG                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Beginning in or about July 2022 and continuing through 2024, Sean Edward Young conspired with others to advertise child pornography, in violation of Title 18, United States Code, Section 2251(d) and (e).

Date:     06/26/2025

*Issuing officer's signature*

City and state:     Montgomery, AL

Stephen M. Doyle, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

# U. S. Department of Justice
*United States Attorney's Office*
*Middle District of Alabama*



RECEIVED

2025 JUN 26  A 9: 56

TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

# Memorandum

| **Subject:** Issuance of an Arrest Warrant and Limits of Punishment - **SEAN EDWARD YOUNG** <br><br> Sentencing Guidelines Case | **Date** <br> June 26, 2025 |
|---|---|
| **To** <br> Trey Granger, Clerk <br> U.S. District Court <br> Middle District of Alabama | **From** <br> Tara S. Ratz <br> Assistant U.S. Attorney |

### LIMITS OF PUNISHMENT

**Count 1 :** 18 U.S.C. § 2251(d) and (e) – Conspiracy to Advertise Child Pornography
Not less than 15 years, not more than 30 years imprisonment;
Not more than $250,000 fine; or both imprisonment and fine;
Not less than 5 years, not more than life on supervised release;
$100 assessment fee per count under 18 U.S.C. § 3013;
$5,000 assessment fee per count under 18 U.S.C. § 3014;
Not more than $35,000 assessment fee per count under 18 U.S.C. § 2259A(a)(2);
Not less than $3,000 mandatory restitution per victim under 18 U.S.C. § 2259; and
An order of restitution.